```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13917
   LEOWERN BUTLER
   JOANN M BUTLER                              CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5495     SSN XXX-XX-5608

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/02/07 .

   2.  The case was dismissed without confirmation, 12/21/2007.

   3.  The Debtor paid a total of $   5412.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CREDIT ACCEPTANCE | SECURED VEHIC | .00 | .00 | 766.48 |
| MAZDA AMERICAN CREDIT | SECURED VEHIC | .00 | .00 | 588.64 |
| STATE OF ALABAMA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE OF ALABAMA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS                     UNSECURED       NOT FILED               .00          .00
PERFORMANCE CAPITAL MGMT        UNSECURED       NOT FILED               .00          .00
PORTFOLIO RECOVERY ASSOC        UNSECURED       NOT FILED               .00          .00
SEARS BKRUPTCY RCVRY MGM        UNSECURED       NOT FILED               .00          .00
SEVENTH AVENUE                  UNSECURED       NOT FILED               .00          .00
SHERMAN FINANCIAL GROUP         UNSECURED       NOT FILED               .00          .00
SHERMAN FINANCIAL GROUP         UNSECURED       NOT FILED               .00          .00
UNIFUND CORP                    UNSECURED       NOT FILED               .00          .00
US BANK                         UNSECURED       NOT FILED               .00          .00
USAA FEDERAL SAVINGS BAN        UNSECURED       NOT FILED               .00          .00
USAA SAVINGS BANK               UNSECURED       NOT FILED               .00          .00
     Summary of disbursements:
---------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID       1355.12           .00          .00          .00       1355.12
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID           1355.12           .00          .00          .00       1355.12
```

The Debtor's attorney, HAROLD M SAALFELD          , was allowed $    3500.00
and was paid $     21.00   direct and $   1212.38   through the plan.

The Trustee received $    138.50 .

Refunds to the Debtor totaled $   2706.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE



                                 PAGE   2
        CASE NO. 07 B 13917 LEOWERN BUTLER & JOANN M BUTLER